UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOPE TROTTER o/b/o
VDT, a minor,

    Plaintiff,                    CIVIL ACTION NO. 09-cv-11619

vs.

                                        DISTRICT JUDGE BERNARD A. FRIEDMAN

COMMISSIONER OF              MAGISTRATE JUDGE MONA K. MAJZOUB
SOCIAL SECURITY,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation dated August 25, 2010. No objections were filed thereto.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Mona K. Majzoub's Report and Recommendation dated August 25, 2010, is hereby accepted and adopted.

IT IS FURTHER ORDERED Defendant's Motion for Summary Judgment be GRANTED.

1

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment be

DENIED.


Dated: September 22, 2010                    S/Bernard A. Friedman_____
       Detroit, Michigan             BERNARD A. FRIEDMAN
                                     CHIEF UNITED STATES DISTRICT JUDGE




I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Judge Friedman